# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV-13-3430 - RGK (AS) | Date | January 9, 2014 |
|---|---|---|---|
| Title | Andre A Torres, Plaintiff v. Lee Baca, et al., Defendants | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| Alma Felix | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff | | Attorneys Present for Defendants: |
| N/A | | N/A |

**Proceedings:** **(IN CHAMBERS)** ORDER

    On November 5, 2013, the Court dismissed the First Amended Complaint in the above-referenced state prisoner civil rights action with leave to amend. (Docket Entry No. 19). Plaintiff was required to file a Second Amended Complaint by December 5, 2013 if he still wished to pursue this action. The Court expressly warned Plaintiff that failure to timely file a Second Amended Complaint would result in a recommendation that this action be dismissed with prejudice for failure to prosecute and obey Court orders. (Id.) As of today, however, Plaintiff has failed to file a Second Amended Complaint or a request for an extension of time in which to do so.

    Accordingly, Plaintiff is ORDERED TO SHOW CAUSE within **fourteen (14) days** of the date of this Order why this action should not be dismissed with prejudice for failure to prosecute. Plaintiff may discharge this Order by filing a Second Amended Complaint, curing the deficiencies of the First Amended Complaint, or by filing a declaration under penalty of perjury stating why he is unable to do so.

    **If Plaintiff no longer wishes to pursue this action, he may request a voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a). <u>A Notice of Dismissal form is attached for Plaintiff's convenience.</u> Plaintiff is again warned that failure to timely file a response to this Order <u>may</u> result in a recommendation that this action be dismissed with prejudice for failure to prosecute and obey court orders pursuant to Federal Rule of Civil Procedure 41(b).**

    The Clerk of the Court is directed to serve a copy of this Order upon Plaintiff at his address of record.