UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV13-3430-RGK (AS) | Date | November 5, 2015 |
|---|---|---|---|
| Title | Andre A. Torres v. Lee Baca, et al. | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|

| Alma Felix | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| N/A | N/A |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE

   On July 24, 2015, Defendants Alberto Cortez, Jr., Meghan Pasos, and Julian Robles filed a Motion to Dismiss, or in the alternative for evidentiary sanctions pursuant to Federal Rules of Civil Procedure 30 and 37. (Docket Entry No. 78). The Motion to Dismiss is based on Plaintiff's alleged failure to respond to questions at both of his depositions. (See id.). On July 29, 2015, the Court issued an Order directing Plaintiff to file his Opposition no later than August 28, 2015. (Docket Entry No. 80). As of today, however, Plaintiff has failed to file his Opposition or a request for an extension of time in which to do so.

   Accordingly, Plaintiff is ORDERED TO SHOW CAUSE no later than **November 27, 2015** why this action should not be dismissed with prejudice for failure to prosecute and for failure to comply with a Court Order.

   **If Plaintiff no longer wishes to pursue this action, he may request a voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a). A Notice of Dismissal form is attached for Plaintiff's convenience. Plaintiff is explicitly cautioned that failure to timely file an Opposition or otherwise respond to this Order may result in a recommendation that this action be dismissed with prejudice for failure to prosecute and obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).**


cc: R. Gary Klausner
    United States District Judge

|  | 0 | : | 00 |
|---|---|---|---|
|  | Initials of Preparer | | AF |