UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANDRE A. TORRES, | ) | NO. CV 13-03430-RGK (AS) |
| Plaintiff, | ) | |
| v. | ) | **ORDER ACCEPTING FINDINGS,** |
| LEE BACA, et. al., | ) | **CONCLUSIONS AND RECOMMENDATIONS OF** |
| Defendants. | ) | **UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein, and the Report and Recommendation of United States Magistrate Judge. After having made a *de novo* determination of the portions of the Report and Recommendation to which objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge in the Report and Recommendation.

**IT IS ORDERED** that Judgment shall be entered dismissing this action with prejudice. Defendants' motion for monetary sanctions is GRANTED and Defendants are entitled to monetary sanctions in the amount of $6,021.25.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Plaintiff at his current address of record.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: January 6, 2017.

*[signature: Gary Klausner]*

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE