**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDRE A. TORRES, | NO. CV 13-03430-RGK (AS) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| LEE BACA, et. al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: January 6, 2017

*Gary Klausner*

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE